**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI-DADE DIVISION**

| | |
|---|---|
| WILLIAM ESTRADA CARPIO, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) Case No.: 24-cv-21783 |
| v. | ) |
| | ) |
| FORWARD AIR SERVICES, LLC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant, Forward Air Services, LLC ("Forward Air"), submits its Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, and, in support of the removal of this Action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami-Dade Division, states as follows:

1.     This Action was initiated by Plaintiff, William Estrada Carpio, in the Circuit Court of Miami-Dade County, Florida and is currently pending in that court as Case No.: 2024-005875-CA-01.

2.     This Action was filed by Plaintiff on April 3, 2024. A copy of the State Court Complaint is attached as Exhibit A.

3.     Forward Air was served with a copy of the Summons and Complaint on April 17, 2024. A copy of the Summons is attached as Exhibit B.

4.     Forward Air has not been served with any process, pleadings, or orders in this Action other than the Complaint and Summons, which are attached as Exhibits A and B.

5.      As required by 28 U.S.C. §1446(a), attached are copies of all process, pleadings, motions, orders, and other papers filed in the state court action, attached as <u>Composite Exhibit C</u>, which includes:

1) Civil Cover Sheet;

2) Complaint;

3) Proposed Summons directed to Forward Air Services, LLC;

4) Issued Summons directed to Forward Air Services, LLC;

5) Order to Serve Defendant;

6) Verified Return of Service;

7) State Court Docket.

6.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446, in that 30 days have not expired since April 17, 2024, the date on which Forward Air was served with the Summons and Complaint.

7.      This is a civil action over which this Court has original federal question jurisdiction under the provisions of 28 U.S.C. § 1331 and may be removed to this Court by Forward Air pursuant to the provisions of 28 U.S.C. § 1441, in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

8.      Plaintiff's Complaint alleges four counts all stemming from alleged violations of federal statutes, 29 U.S.C. § § 201-219 (the "FLSA"). *See* Ex. A, ¶ 1.

9.       Plaintiff's alleged violations of the FLSA permit removal of this Matter because this Court has original jurisdiction over those claims (laws of the United States) under 28 U.S.C. § 1331.

10.     No other defendant has been named in this case, and no consent of another party is required pursuant to 28 U.S.C. § 1446(b)(2)(A).

11.     Forward Air will hereafter promptly file with the clerk of the Circuit Court of Miami-Dade County, Florida, a copy of this Notice of Removal and will also promptly serve this Notice of Removal on Plaintiff's counsel. *See* 28 U.S.C. § 1446(d).

12.     Forward Air reserves the right to amend or supplement this Notice of Removal.

13.     By removing this Action to this Court, Forward Air does not waive any defenses, objections, or motions available under state or federal law.

WHEREFORE, Forward Air respectfully requests that this Case be removed from the Circuit Court of Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami-Dade Division.

Dated: May 7, 2024

Respectfully submitted,

/s/Edward R. Nicklaus
**Edward R. Nicklaus, Esq.**
Florida Bar No.: 138399
edwardn@nicklauslaw.com
**NICKLAUS & ASSOCIATES, PA**
4651 Ponce De Leon Blvd, Suite 200
Coral Gables, FL 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889

*Pending Admission to the Southern District of Florida:*
**Martin Wolf O'Connor, Esq.**
Florida Bar No.: 1044344
moconnor@scopelitis.com
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
30 W. Monroe, Suite 1600
Chicago, IL 60603
Telephone: 312-255-7200

*Pro Hac Vice application to be filed:*
**James H. Hanson, Esq.**
jhanson@scopelitis.com
**SCOPELITIS, GARVIN, LIGHT, HANSON**
**& FEARY, P.C.**
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317-637-1777
Facsimile: 317-687-2414

*Attorneys for Defendant,*
*Forward Air Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 7th day of May, 2024, a copy of the foregoing was

served upon the following parties via electronic filing and/or email:

**Anthony M. Georges-Pierre, Esq.**
Florida Bar No.: 533637
agp@rgphl.aw
**Jorge L. Costa, Esq.**
Florida Bar No.: 1031513
jcosta@rgph.law
**REMER, GEORGES-PIERRE,**
**& HOOGERWOERD, PLLC**
2745 Ponce De Leon Blvd
Coral Gables, FL 33134
Telephone: (305) 416-5000
*Attorneys for Plaintiff*

                                    */s/Edward R. Nicklaus*
                              **Edward R. Nicklaus, Esq.**
                              Florida Bar No.: 138399
                              edwardn@nicklauslaw.com
                              **NICKLAUS & ASSOCIATES, PA**
                              4651 Ponce De Leon Blvd, Suite 200
                              Coral Gables, FL 33146
                              Telephone: 305-460-9888
                              Facsimile: 305-460-9889

4862-0532-2172, v. 3