THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21783-LFL

WILLIAM ESTRADA CARPIO,

    Plaintiff,

v.

FORWARD AIR SERVICES, LLC,

    Defendant.
_____/

## PROPOSED AND AGREED DISMISSAL ORDER

This case is before the Court on the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, William Estrada Carpio, and Defendant, Forward Air Services, LLC. The Court, having held a fairness hearing on June 26, 2024, approves the settlement reached by the parties.

IT IS HEREBY ORDERED that this case is dismissed, with prejudice, with each party to bear his or its own costs.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4869-1197-1533, v. 3